443 A.2d 405

Commonwealth v. Ryons, Jr., Appellant.

Submitted May 13, 1981. Ronald A. Smith, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.